**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

INFRA-METALS CO.,

    Plaintiff,

v.    Case No: 8:15-cv-318-T-30MAP

ALONSO & CARUS IRON WORKS, INC.,

    Defendant.

## **ORDER**

Before the Court is the Show Cause Response and Notice of Defendant's Bankruptcy Filing (Dkt. #8). In view of the fact that the Defendant has filed bankruptcy, this matter should be stayed. Accordingly, it is

    ORDERED that:

    1.    The Clerk is directed to administratively CLOSE this case.

    2.    The Plaintiff may move to reopen this case within fifteen (15) days after it obtains from the Bankruptcy Court a lifting of the automatic stay.

    **DONE** and **ORDERED** in Tampa, Florida, this 22nd day of June, 2015.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2015\15-cv-318 BK stay 8.docx